## MARION DEVELOPMENT CO v BRUCE, et

Ohio Appeals, 5th Dist, Morrow Co
Decided April 14, 1931

For full opinion see 177 NE 471; 39 Oh Ap 253 (Oh Bar 10-27-31).

## WORTH v STATE

Ohio Appeals, 8th Dist, Cuyahoga Co
Decided June 26, 1931

For full opinion see 177 NE 235; 39 Oh Ap 227 (Oh Bar 10-20-31).